# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEANDREW JOHNSON II LIVING ESTATE TRUST,** ] | |
| Plaintiff, ] | |
| v. ] | 2:25-cv-390-ACA |
| **STATE OF ALABAMA, et al.,** ] | |
| Defendant. ] | |

## MEMORANDUM OPINION

Plaintiff "Deandrew Johnson II Living Estate Trust" filed this lawsuit in March 2025. (Doc. 1). The magistrate judge to whom the case was initially assigned ordered him to replead the complaint because it appeared to be a shotgun pleading. (Doc. 4). Mr. Johnson filed an amended complaint (doc. 5), which this court struck because it continued to be a shotgun complaint (doc. 9). The court, however, allowed Mr. Johnson another opportunity to replead his complaint remedying the specifically identified deficiencies. (*Id.*). Mr. Johnson has now filed another amended complaint. (Doc. 10). The amended complaint has the same deficiencies this court and the magistrate judge previously identified. (*Compare* doc. 10 *with* docs. 1, 5; *see* docs. 4, 9). Because Mr. Johnson's amended complaint remains a shotgun pleading and

he has not corrected the complaint despite two opportunities to do so, the court **WILL DISMISS** the amended complaint **WITHOUT PREJUDICE**.

The court will enter a separate final order.

**DONE** and **ORDERED** this October 22, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE